## Commonwealth *v.* Johnson, Appellant.

Submitted December 11, 1967. *George Johnson,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *John R. Graham,* First Assistant District

764

Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.